2013–0627. State v. Williams.
Highland App. No. 12CA7, 2013-Ohio-594. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

2013–0630. Sparks v. Sparks.
Warren App. No. CA2012–09–090. On motion for stay of court of appeals judgment. Motion denied.

2013–0649. State v. Ralston.
Clermont App. Nos. CA2012–07–053 and CA2012–07–054. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and FRENCH and O'NEILL, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

2013–0283. Sauer v. Crews.
Franklin App. No. 12AP–320, 2012-Ohio-6257.
PFEIFER and O'NEILL, JJ., dissent.
FRENCH, J., not participating.

2013–0382. State v. Gilbert.
Hamilton App. No. C–110382, 2013-Ohio-238.
O'CONNOR, C.J., and FRENCH, J., would accept the appeal on Proposition of Law No. I only.
PFEIFER, J., dissents.

2013–0403. State v. Limoli.
Franklin App. No. 11AP–924, 2012-Ohio-4502. Discretionary appeal accepted. Discretionary cross-appeal not accepted.
O'CONNOR, C.J., and PFEIFER, J., dissent and would not accept the appeal.
FRENCH, J., would also accept cross-appeal Proposition of Law No. II.
O'NEILL, J., dissents and would not accept the appeal but would accept the cross-appeal.

2013–0459. Auer v. Paliath.
Montgomery App. No. 25158, 2013-Ohio-391.
PFEIFER and LANZINGER, JJ., dissent.

2013–0464. State v. Cochran.
Franklin App. No. 11AP–408, 2012-Ohio-5899. Discretionary appeal accepted on Proposition of Law No. I and cause held for the decision in 2012–1070, *State v. Washington*, 9th Dist. No. 11CA010015, 2012-Ohio-2117.
PFEIFER, O'DONNELL, and KENNEDY, JJ., dissent.

## APPEALS NOT ACCEPTED FOR REVIEW

2012–0474. State v. Davis.
Licking App. No. 09-CA-0019, 2012-Ohio-32.
O'NEILL, J., dissents.

2013–0075. State v. Connin.
Lucas App. No. L–11–1312, 2012-Ohio-4989.

2013–0093. State v. Pinkney.
Butler App. No. CA2012–10–202.

2013–0130. State v. Samuels.
Summit App. Nos. 25982, 25983, and 25984, 2012-Ohio-5401.

2013–0261. Jontony v. Colegrove.
Cuyahoga App. No. 98295, 2012-Ohio-5846. Discretionary appeal and cross-appeal not accepted.
O'CONNOR, C.J., dissents and would accept the appeal on Proposition of Law Nos. III and IV.